| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name. First name. Middle initial)<br><br>Berrigan, Helen G | 2. Court or Organization<br><br>Eastern District of Louisiana | 3. Date of Report<br><br>5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III Judge - Active | 5. Report Type (check appropriate type)<br><br>( ) Nomination.    Date<br><br>( ) Initial    (●) Annual    ( ) Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>500 Poydras Street, Room C-556<br><br>United States Courthouse<br><br>New Orleans, LA   70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Chairman | Louisiana State Bar Assn. Post Conviction Representation Committee |
| 2.   Member | Board of New Orleans Federal Bar Association |
| 3.   Member | Board of George & Jean Pugh Foundation: LSU Law School |
| 4.   Member | Board of Trustees, Louisiana State University, Law Center |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 11 10 46 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | West Services, Inc.; Book Royalties | 939.00 |
| 2. | 2003 | LSU Law School; Teaching | 1,500.00 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Berrigan, Litchfield, Schonekas, Mann, Traina & Thompson Law Firm |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | George Mason University University School of Law | June 26-29, 2003, Yale University; New Haven Connectic — Law & Economics Center: Thucylides Seminar (Transportation, Food & Lodging) |
| 2. | Foundation for Research on Economics and the Environment (FREE) | August 5-10, 2003; Galatin GW Inn, Bozeman, MT: Terrorism (Transportation, Meals & Lodging) |

## V. GIFTS. (includes those to spouse and dependent children. See pp. 28-31 of instructions.)

✔ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Citigroup-Common Stock | B | Dividend | J | T | | | | | |
| 2. IBM - Common Stock | A | Dividend | L | T | | | | | |
| 3. Tri-Continental Corp. Mutual Fund | A | Dividend | F | T | | | | | |
| 4. Salomon Bros. Fund Mutual Fund | A | Dividend | K | T | | | | | |
| 5. T. Rowe Price Growth Stock Mutual Fund | A | Dividend | L | T | | | | | |
| 6. Profit Sharing Plan (See VIII) | A | Dividend | K | T | | | | | |
| 7. IRA Plan (See VIII) | A | Dividend | K | T | | | | | |
| 8. Liberty Financial Services, N.O., LA (common stock) ● | C | Dividend | L | T | | | | | |
| 9. Rental Property #1 New Orleans, LA ● Appra. 8/21/85 | E | Rent | M | Q | | | | | |
| 10. Rental Property #2 New Orleans, LA ● | D | Rent | M | W | | | | | |
| 11. Profit Sharing Plan | E | Div./Int. | N | T | | | | | |
| 12. Exxon Corp. Common Stock | B | Dividend | L | T | | | | | |
| 13. General Electric Common Stock | B | Dividend | L | T | | | | | |
| 14. ONEOK Common Stock | A | Dividend | K | T | | | | | |
| 15. Westar Energy, Inc. - Common Stock | A | Dividend | D | T | | | | | |
| 16. Fidelity Advisor -High Yield Portfolio Class T | B | Dividend | K | T | | | | | |
| 17. Van Kampen - Capitol Prime Rate Income Trust | A | Dividend | K | T | | | | | |
| 18. Command Money Fund (Wachovia Securites) | A | Interest | L | T | Part. Redeem | 3/28 | L | | |

1. Income Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. International Paper Company Common Stock | J | Dividend | J | T | | | | | |
| 20. Golden Select Guarantee Annuity | A | Interest | K | T | | | | | |
| 21. Dryden Ultra Short Bond Fund Y | B | Dividend | L | T | Buy | 3/28 | L | | |

1. Income Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Section VII #6:
Profit sharing plan is invested in Dreyfus Growth and Income Mutual Fund and Dreyfous Growth and Opportunity Mutual Fund.

Section VII #7:
IRA Plan is invested in Dreyfus New Leaders Mutual Fund.

Section VII #15:
Name change from Prudential Securities to Wachovia Securities.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ██████████████

Date 5/6/2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544